UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | Case No. 2:07-CV-12423 |
| COMPLAINT OF THE GREAT | § | |
| LAKES TOWING COMPANY, AS | § | ADMIRALTY/RULE 9(h) |
| OWNER OF THE TUG LOUISIANA, | § | |
| FOR EXONERATION FROM AND/OR | § | Judge Patrick J. Duggan |
| LIMITATION OF LIABILITY | § | |
| | § | Magistrate Judge Steven D. Pepe |

## JUDGMENT OF DISMISSAL

At a session of said court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on September ____, 2008

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Great Lakes Towing Company ("GLT") initiated this matter by filing a Complaint for Exoneration from and/or Limitation of Liability under the Vessel Owners Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.* Under Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, GLT duly published notice of this Limitation of Liability Action in the *Toledo Blade*, a newspaper of general circulation, as evidenced by GLT's Notice of Filing of Affidavit of Publication, (Doc. No. 18).

Mark Nicholson ("Nicholson"), who had filed a personal injury lawsuit in this Court at Case No. 2:07-cv-11134, filed the only claim in this matter. (*See* Doc. No. 20). Nicholson's personal injury lawsuit settled on September 3, 2008, and on the same date, this Court entered a Judgment of Dismissal, dismissing that action with prejudice and without costs. Since no other claims have been filed in this matter, now therefore,

1

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

          S/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated: September 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2008, by electronic and/or ordinary mail.

          S/Marilyn Orem
          Case Manager

Approved as to form and substance:

s/ Frederick B. Goldsmith
Frederick B. Goldsmith
Attorney for The Great Lakes Towing Company

s/ D. Bruce Beaton
D. Bruce Beaton
Attorney for Mark Nicholson